IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-MJ-1520-RN

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| JERMAINE CLACK | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States of America, by and through Sandra J. Hairston, Attorney for the United States acting under authority conferred by 28 U.S.C. § 515, hereby dismisses the Complaint in the above-captioned matter.

Respectfully submitted this 30th day of June, 2017.

        JEFFERSON BEAUREGARD SESSIONS III
        ATTORNEY GENERAL

        SANDRA J. HAIRSTON
        Attorney for the United States
        (acting under authority conferred
           by 28 U.S.C. § 515)

BY:    /s/ JoAnna G. McFadden
        JOANNA G. MCFADDEN
        Special Attorney for the United
        States
        (acting under authority conferred
           by 28 U.S.C. § 515)
        Criminal Division
        101 S. Edgeworth St., 4th Floor

Greensboro, North Carolina 27401
Telephone: 336-332-6362
Fax: 336-333-5851
Email: joanna.mcfadden@usdoj.gov
NY State Bar No. 4500948

Leave of Court is granted for the filing of the foregoing dismissal, this ~~30th~~ 5th day of ~~June~~ July, 2017.

_____
HONORABLE JAMES C. DEVER III
Chief United States District Judge

2